Fill in this information to identify the case:

Debtor 1    Anthony J. Davis

Debtor 2    _____
(Spouse, if filing)

United States Bankruptcy Court for the:    Western    District of    Wisconsin
                                                                     (State)

Case number    14-10943-cjf-13

Form 4100R

# Response to Notice of Final Cure Payment    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1:  Mortgage Information

**Name of creditor:**   US Bank Trust National Association , as Trustee of the Bungalow Series F Trust

**Court claim no.** (if known): 14.2

**Last 4 digits** of any number you use to identify the debtor's account:   3  9  8  5

**Property address:**   2889 County Road H
Number    Street

_____

Cuba City    WI    53807
City    State    ZIP Code

### Part 2:  Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.   supplemental claim #14.2, filed for post-petition arrearage on Claim #14.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3:  Postpetition Mortgage Payment

*** Post-petition payments on the underlying mortgage are through Claim #14. Those are due for 5/1/2019.

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    ___/___/____
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:    (a) $ _____

b.  Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c.  **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/___/____
MM / DD / YYYY

Debtor 1  __Anthony J. Davis__  Case number (*if known*) __14-10943-cjf-13__
          First Name  Middle Name  Last Name

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ☐ all payments received;
- ☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ☐ all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ __/s/ Bryan M. Ward__          Date __6__ / __25__ / __2019__
Signature

Print   __Bryan M. Ward__          Title __Of Counsel__
        First Name  Middle Name  Last Name

Company __Eric Feldman & Associates, P.C.__

**If different from the notice address listed on the proof of claim to which this response applies:**

Address __1425 Greenway Drive, Suite 400__
        Number      Street

__Irving,   TX   75038__
City                State   ZIP Code

Contact phone ( __972__ ) __347__ – __4350__          Email _____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

In re:  Anthony J. Davis,　　　　　　　　　　　　　Case No.: 14-10943-cjf
　　　　　　　　Debtor　　　　　　　　　　　　　　　Chapter 13

CERTIFICATE OF MAILING

STATE OF WISCONSIN, MILWAUKEE COUNTY

I, Bryan M. Ward, certify that on the date of 6/25/2019, copies of these documents—**Form 4100R (Claim # 14), Form 4100R (Claim # 14.2), Certificate of Mailing**—were mailed, properly enclosed in a postage paid envelope, or served electronically if the party accepts electronic service, to the following:

| | |
|---|---|
| Via US Mail: | Anthony J. Davis<br>2889 County Road H<br>Cuba City, WI  53807-9702 |
| Via ECF: | Bret Nason<br>Chapter 13 Trustee Mark Harring<br>U.S. Bankruptcy Trustee |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Bryan M. Ward
3127 W. Wisconsin Avenue
Milwaukee, WI 53208
414-271-4849
414-271-1884 (fax)
bmw@bryanwardlaw.com

*This is an attempt to collect a debt and any information obtained will be used for that purpose. If you have previously received a discharge in a Chapter 7 bankruptcy case, this communication is not, and should not be construed as, an attempt to hold you personally liable for any discharged debt.*