**Fill in this information to identify the case:**

Debtor 1: Anthony J. Davis

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Wisconsin
(State)

Case number: 14-10943-cjf-13

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** US Bank Trust National Association, as Trustee of the Bungalow Series F Trust

**Court claim no.** (if known): 14

**Last 4 digits** of any number you use to identify the debtor's account: 3 9 8 5

**Property address:** 2889 County Road H
Number    Street

_____

Cuba City    WI    53807
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 05 / 01 / 2019
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ 1,860.42

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ 0

c. **Total**. Add lines a and b.    (c) $ 1,860.42

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 05 / 01 / 2019
MM / DD / YYYY

| Debtor 1 | Anthony J. Davis | Case number (*if known*) 14-10943-cjf-13 |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ◼ all payments received;
- ◼ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ◼ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ /s/ Bryan M. Ward     Date 6 /25 /2019
Signature

Print: Bryan M. Ward
First Name  Middle Name  Last Name

Title: Of Counsel

Company: Eric Feldman & Associates, P.C.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 1425 Greenway Drive, Suite 400
Number   Street

Irving, TX 75038
City     State     ZIP Code

Contact phone ( 972 ) 347 – 4350        Email _____

**In re:  Anthony J. Davis,**              Case No. 14-10943-cjf-13

Addendum to Form 4100R
Itemization of Post-Petition Amounts Due

Creditor:   U.S. Bank Trust National Association,
            as Trustee of the Bungalow Series F Trust

Monthly payments:
    5/1/2019:                                  $ 930.12
    6/1/2019:                                  $ 930.12

Subtotal:                                      $ 1,860.24

Fees, charges, expenses, etc:                  $     0.00

TOTAL:                                         $ 1,860.24

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

In re:  Anthony J. Davis,　　　　　　　　　　　　　Case No.:  14-10943-cjf
　　　　　　　　　Debtor　　　　　　　　　　　　　Chapter 13

CERTIFICATE OF MAILING

STATE OF WISCONSIN, MILWAUKEE COUNTY

I, Bryan M. Ward, certify that on the date of 6/25/2019, copies of these documents—

**Form 4100R (Claim # 14), Form 4100R (Claim # 14.2), Certificate of Mailing**—were mailed, properly enclosed in a postage paid envelope, or served electronically if the party accepts electronic service, to the following:

| | |
|---|---|
| Via US Mail: | Anthony J. Davis<br>2889 County Road H<br>Cuba City, WI  53807-9702 |
| Via ECF: | Bret Nason<br>Chapter 13 Trustee Mark Harring<br>U.S. Bankruptcy Trustee |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

　　　　　　　　　　　　　　　　　　　Bryan M. Ward
　　　　　　　　　　　　　　　　　　　3127 W. Wisconsin Avenue
　　　　　　　　　　　　　　　　　　　Milwaukee, WI 53208
　　　　　　　　　　　　　　　　　　　414-271-4849
　　　　　　　　　　　　　　　　　　　414-271-1884 (fax)
　　　　　　　　　　　　　　　　　　　bmw@bryanwardlaw.com

*This is an attempt to collect a debt and any information obtained will be used for that purpose. If you have previously received a discharge in a Chapter 7 bankruptcy case, this communication is not, and should not be construed as, an attempt to hold you personally liable for any discharged debt.*